WILLIAM G. CARROLL, complainant,

*v.*

OCEAN CITY ASSOCIATION et al., defendants.

[Decided October 11th, 1917.]

Appeal of the Atlantic Land Development Company.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *85 N. J. Eq. 379.*

*Messrs. Bourgeois & Coulomb,* for the complainant.

*Messrs. Wilson & Carr, Messrs. Marter & Rose, Mr. John Boyd Avis* and *Messrs. Bleakly & Stockwell,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—9.

*For reversal*—PARKER, BERGEN, MINTURN—3.